1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   ELIZABETH T. HEY, PA Bar #56464
    Assistant Federal Defender
3   Designated Counsel for Service
    P. O. Box 631
4   Yosemite Nat'l. Park, California  95389
    Telephone: (209) 372-0306
5
    Attorney for Defendant
6   ERIC VAN MATRE

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10
    UNITED STATES OF AMERICA,          )    NO. 6:06-mj-00059 WMW
11                                     )
                     Plaintiff,        )    STIPULATION SETTING MOTIONS
12                                     )    SCHEDULE, AND CONTINUING STATUS
          v.                           )    CONFERENCE HEARING AND RESETTING AS
13                                     )    HEARING ON MOTIONS; [PROPOSED] ORDER
    ERIC VAN MATRE,                    )    THEREON
14                                     )
                     Defendant.        )     Date: August 23, 2006
15                                     )    Time:  10:00 A.M.
    _____)    Judge: Hon. William M. Wunderlich
16

17

18          **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19  counsel that a motions schedule be set as follows: defendant's motions shall be filed on or before July 7,

20  2006, government responses to be filed on or before August 11, 2006, **and that the status conference**

21  **hearing now set for July 18, 2006, may be continued to August 23, 2006, at 10:00 A.M. and reset as a**

22  **hearing on motions.**

23          This continuance is sought by counsel for defendant to allow her additional time for defense

24  preparation and investigation and time to adequately prepare appropriate motions on defendant's behalf.

    ///
25
    ///
26
    ///
27
    ///
28
    ///

1    The parties also agree that any delay resulting from this continuance shall be excluded in

2  the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and

3  (iv).

4

5  DATED: June 30, 2006                         /s/ Elizabeth Waldow
                                             ELIZABETH WALDOW
6                                            Chief Legal Officer
                                             National Park Service
7                                            Attorney for Plaintiff

8

9                                            DANIEL J. BRODERICK
                                             Federal Defender
10

11  DATED: June 30, 2006                  By  /s/ Elizabeth T. Hey
                                             ELIZABETH T. HEY
12                                           Assistant Federal Defender
                                             Attorneys for Defendant
13                                           ERIC VAN MATRE

14

15

16                                  **O R D E R**

17        **IT IS SO ORDERED.**   Time is hereby excluded in the interest of justice pursuant to 18 U.S.C.

18  §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

19        DATED: _____, 2006

20                                          _____
                                            WILLIAM M. WUNDERLICH, Magistrate Judge
21                                          Eastern District of California

22  IT IS SO ORDERED.

23  **Dated:   June 30, 2006**            _____ **/s/  William M. Wunderlich** _____
    mmkd34                                  UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28  Stipulation Setting Motions Schedule and
    Continuing Status Conference Resetting
    as Hearing on Motions