ELIZABETH WALDOW
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0243

**In The Eastern District of California for the**

**United States District Court**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 6:06-mj-059 |
| | ) | |
| Plaintiff, | ) | ORDER TO DENY DEFENDANT'S |
| | ) | MOTION TO SUPPRESS |
| v. | ) | |
| | ) | |
| ERIC JOHN VAN MATRE, | ) | Date: August 23, 2006 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Courtroom: U.S. Magistrate |
| | ) | Judge: |
| | ) | Hon. William M. Wunderlich |

For the reasons stated in the United States Government Response in Denial of Defendant's Motion to Suppress the United States Government, through its representative Elizabeth Waldow, respectfully requests that the Defendant's Motion to Suppress be denied.

1

Respectfully submitted,

Dated:   August 23, 2006 ,          /s/Elizabeth Waldow
                                    Elizabeth Waldow
                                    National Park Service

**ORDER**

It is so ordered.

IT IS SO ORDERED.

**Dated:   August 24, 2006**          **/s/  William M. Wunderlich**
mmkd34                               UNITED STATES MAGISTRATE JUDGE

2